IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHILIP MARK WALKER, | ) | |
| Petitioner/Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:16-0825 |
| USA SWIMMING, INC., a foreign corporation, | ) ) ) ) | Judge Sharp |
| Respondent/Defendant. | ) ) | |

**ORDER**

Pending before the Court is Defendant USA Swimming, Inc.'s Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Docket No. 35). Petitioner Philip Mark Walker filed a Response in Opposition (Docket No. 50), and USA Swimming, Inc. replied (Docket No. 54). For the reasons explained in the accompanying Memorandum, the Court DENIES USA Swimming, Inc.'s 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Docket No. 35).

It is SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE